# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-3230

_____

SYNOVUS TRUST COMPANY, as
Trustee of The Teddie Clay a/k/a
Teddy Clay Revocable Trust
dated August 18, 2014,

    Appellant,

    v.

FINNA ANN CLAY, JACKIE DIANE
CLAY and FINNA ANN CLAY as
Trustee of the Janie Mae Clay
Special Needs Trust dated
August 18, 2014,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

September 15, 2021

PER CURIAM.

    AFFIRMED.

RAY, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brian W. Hoffman and Nathan R. Jurgensen, Carver, Darden, Koretzky, Tessier, Finn Blossman & Areaux, LLC, Pensacola, for Appellant.

Shiraz A. Hosein, Anchors Smith Grimsley, PLC, Fort Walton Beach, for Appellees.